JS 44-TXND (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Murillo, Martha, et al.
Other Plaintiffs listed in the attached Exhibit A

### DEFENDANTS
Johnson & Johnson
Ethicon, Inc.

**(b)** County of Residence of First Listed Plaintiff: Unknown
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See attached Exhibit B

Attorneys *(If Known)*
See attached Exhibit C

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☒ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441, 1446
Brief description of cause:
Personal injury - product liability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 5,000,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: see attached Exhibit D
DOCKET NUMBER: _____

DATE: 4/6/16
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# EXHIBIT 1 – Plaintiffs' Original Petition (*Murillo, et al.*)

| FIRST NAME | LAST NAME | SPOUSE NAME | ETHICON PRODUCT 1 | ETHICON PRODUCT 2 |
|---|---|---|---|---|
| Kathleen | Bates | | TVT | |
| Jamie | Anzaldua | | TVT | |
| Michelle | Jackson | | TVT | |
| Odis | Payne | | TVT | |
| Donna | Neill | | TVT | |
| Cheryl | Biederstadt | | TVT | |
| Monica | Lorenz | | TVT | |
| Bonnie | Konrad | | TVT | |
| Gerri | Moore | | TVT | |
| Linda | Bandy | | TVT | |
| Debra | Manderfield | | TVT | |
| Gale | Mitchell | | TVT | |
| Angela | Reed-Smartt | | TVT | |
| Lorraine | Spivey | | TVT | |
| Christine | Belcher | | TVT | |
| Janet | Stagray | | TVT | |
| Gertrude | Escalona Justo | | TVT | |
| Carla Anne | Owen | | TVT | |
| Linda | Brooks | | TVT | |
| Tammy | Hawkes | | TVT | |
| Hilda | Crabtree | | TVT | |
| Teresa | Smith | | TVT | |
| Linda | Butler | | TVT | |
| Ginger | Ostendorf | | TVT | |
| Cathy | Choate | | TVT | |
| Linda | Tursic | | TVT | |
| Jane | Robinson | | TVT | |
| Veronica | Kelly | | TVT | |
| Carolyn | Lilly | | TVT | |
| Melody | VanDenBeldt | | TVT | |
| Deborah | Kleek | | TVT | |
| Eva | Corcoran | | TVT | |
| Margaret | Colbert | | TVT | |
| Charla | English | | TVT | |
| Rhoda | Elliott | | TVT | |
| Sylvia | Quintana | | TVT | |
| Gloria | Morsell | | TVT | |
| Edwina | Rose | | TVT | |
| Terri | Ballard | | TVT | |
| Carolyn | Wall | Barbour Cris Sprouse | TVT | |
| Sheri | Izworski | George Izworski | TVT | |
| Anna | Hanbury | David Hanbury | TVT | |
| Rebecca | Shaw | | TVT | |


EXHIBIT A

# EXHIBIT 1 – Plaintiffs' Original Petition (*Murillo, et al.*)

| FIRST NAME | LAST NAME | SPOUSE NAME | ETHICON PRODUCT 1 | ETHICON PRODUCT 2 |
|---|---|---|---|---|
| Eugenia | Bender | Larry Bender | TVT | |
| Glendia | Ezell | | TVT | |
| Shontelle | Smith | | TVT | |
| Hazel | King Faust | | TVT | |
| Madeline | Taylor | | TVT | |
| Peggy | Young | | TVT | |
| Helen | Hunt | | TVT | TVT-S |
| Cynthia | Rawlings | | TVT | |
| Leta | Wilson | | TVT | |
| Denise | Fontaine | | TVT | |
| Brooke | Woodman | | TVT | |
| Constance | Chapman | | TVT | |
| Ladonna | Terrell | | TVT | |
| Stephanie | Whittington | | TVT | |
| Sandra | Neace | | TVT | |
| Denise | Balko | | TVT | |
| Mary | Armour | | TVT | |
| Teonia | Atkinson | | TVT | |
| Denise | Davis | | TVT | |
| Brenda | Herndon | | TVT | |
| Kimberly | Magruder | | TVT | |
| Kim | Price | | TVT | |
| Marlynn | Rodriguez | | TVT | |
| Dawn | Schrock | | TVT | |
| Shirley | Scieszka | | TVT | |
| Renea | Semeneck | | TVT | |
| Brandy | Shafer | | TVT | |
| Leona | Mahoney | | TVT | |
| Peggy | Palomarez | | TVT | |
| Victoria | Kingston | | TVT | |
| Mary | Webster | | TVT | |
| Hope | Tippens | | TVT | |
| Pauline | Hunter | | TVT | |
| Deborah | Ouellette | | TVT | |
| Darlene | Morgan | | TVT | |
| Sharolynn | Crutchfield | | TVT | |
| Mary | Toler | | TVT | |
| Elsie | Arb | | TVT | |
| Donnis | Townsend | | TVT | |
| Beckie | Rader | | TVT | |
| Rhonda | Moore | | TVT | TVT-O |
| Helene | Lebied | | TVT | |
| Barbara | Fishburn | | TVT | |

# EXHIBIT 1 – Plaintiffs' Original Petition (*Murillo, et al.*)

| FIRST NAME | LAST NAME | SPOUSE NAME | ETHICON PRODUCT 1 | ETHICON PRODUCT 2 |
|---|---|---|---|---|
| Kimberly | Archuleta | | TVT | |
| Cynthia | Brewer | | TVT | |
| Annmarie | Allie | | TVT | |
| Laura | Rodriguez | | TVT | |
| Daisy | Tolen | | TVT | |
| Wanda | Williams | | TVT | |
| Billie | Christopher | | TVT | |
| Judith | Pojda | | TVT | |
| Edith | Kruh | | TVT | |
| Betty | Dye | | TVT | |
| Elaine | Jacoby | | TVT | |
| Kennetha | Curtis | | TVT | |
| Holli | Madsen | | TVT | |
| Donna | Clifford | | TVT | |
| Diane | Thompson | | TVT | |
| Madeline | Allen | | TVT | |
| Linda | Belile | | TVT | |
| Jessica | McBath | | TVT | |
| Peggy | Hallman | | TVT | |
| Susan | Adams | | TVT | |
| Mary | Greco | | TVT | |
| Joyce | Kurtz | | TVT | |
| Robin | Bowen | | TVT | |
| Sheila | Calvert | | TVT | |
| Elaine | Wood | | TVT | |
| Theresa | Galano-Burkett | | TVT | |
| Carney | West | | TVT | |
| Linda | Campbell | | TVT | |
| Paula | Robinson | | TVT | |
| Leticia | Santiago | | TVT | |
| Jane | Harvey | | TVT | |
| Betty | Gouge | | TVT | |
| Becky | Gonder | | TVT | |
| Dawnette | Franco-Wright | | TVT | |
| Charlotte | Pemelton | | TVT | |
| Laura | Heckman | | TVT | |
| Brenda | Pye | | TVT | |
| Alanna | Manning | | TVT | |
| Judith | Clarke | | TVT | |
| Shirley | Fischer | | TVT | |
| Angela | Mausert | | TVT | |
| Tally | Chang | | TVT | |
| Connie | Napier | | TVT | |

# EXHIBIT 1 – Plaintiffs' Original Petition (*Murillo, et al.*)

| FIRST NAME | LAST NAME | SPOUSE NAME | ETHICON PRODUCT 1 | ETHICON PRODUCT 2 |
|---|---|---|---|---|
| Terri | Luther | | TVT | |
| Kathy | Hickey | | TVT | |
| Mary | Canter | | TVT | |
| Kathy | Hughes | | TVT | |
| Ruth | Diefenderfer | | TVT | |
| Madalena | Lovato | | TVT | |
| Cheryl | Cole | | TVT | |
| June | Bowen | | TVT | |
| Lorie | Wilsey | | TVT | |
| Betty | Colburn | | TVT | |
| Jennifer | Warren | | TVT | |
| Genevieve | Moreno | | TVT | |
| Kathy | Simpson | | TVT | |
| Valerie | Weston | | TVT | |
| Mary | Krall | | TVT | |
| Shawanda | Gallow | | TVT | |
| Karen | Shepard | | TVT | |
| Elizabeth | Klein | | TVT | |
| Marion | Copeland | | TVT | |
| Norma | Setum | | TVT | |
| Patty | Ackman | | TVT | |
| Yvonne | Helton | | TVT | |
| Kelly | Pennacchini | | TVT | |
| Carol | Tigar | | TVT | |
| Teresa | Hartman | | TVT | |
| Karen | Marques | | TVT | |
| Glenna | Black | | TVT | |
| Rochelle | Cobenais | | TVT | |
| Nancy | Weckman | | TVT | |
| Laura | Burks | | TVT | |
| Shelby | Bankston | | TVT | |
| Cynthia | Starnes | | TVT | |
| Gail | Zann | | TVT | |
| Brenda | Winter | | TVT | |
| Dorothy | Avery | | TVT | |
| Earnestine | Scriven | | TVT | |
| Carolyn | Davis | | TVT | |
| Roberta | Cordova | | TVT | |
| Catherine | Scandlon | | TVT | |
| Nancy | Massie | | TVT | |
| Joan | Shepherd | | TVT | |
| Sarah | Lugo | | TVT | |
| Mary Lou | DeHart | | TVT | |

# EXHIBIT 1 – Plaintiffs' Original Petition (*Murillo, et al.*)

| FIRST NAME | LAST NAME | SPOUSE NAME | ETHICON PRODUCT 1 | ETHICON PRODUCT 2 |
|---|---|---|---|---|
| Effie | Crowder | | TVT | |
| Margaret | LaFollette | | TVT | Prolene Mesh |
| Shenelle | Perry | | TVT | |
| Bernice | Mack | | TVT | |
| Sharon | Ingram | | TVT | |
| Mary Helen | Barrera | | TVT | |
| Elizabeth | Thompson | | TVT | |
| Dana | Rocha | | TVT | |
| Ghedra | Dunn | | TVT | |
| Theresa | Dallas | | TVT | |
| Antoinette | Lepore | | TVT | |
| Marcia | Williams | | TVT | |
| Susan | Lowry | | TVT | |
| Jill | Beaver | | TVT | |
| Shirley | Spuehler | | TVT | |
| Marcia | Derosier | | TVT | |
| Tammy | Platzek | | TVT | |
| Jodine | Betrozoff-Rubey | | TVT | |
| Maria | Agosto | | TVT | |
| Deloris | Kennedy | | TVT | |
| Elaine | Whitaker | | TVT | |
| Melonie | Shultz | | TVT | |
| Leticia | Villa | | TVT | |
| Martha | Murillo | | TVT | |
| Sharon | Sowers | | TVT | |
| Debra | Bustillo | | TVT | |
| Leona | Martin | | TVT | |
| Pamela | Boles | | TVT | |

Exhibit B

List of Plaintiffs' Counsel

Tim K. Goss
tim@freeseandgoss.com
Tamara L. Banno
tammy@freeseandgoss.com
Freese & Goss, PLLC
3031 Allen Street, Suite 200
Dallas, Texas 75204
Telephone: 214-761-6610
Facsimile: 214-761-6688

David P. Matthews
dmatthews@thematthewslawfirm.com
Julie L. Rhoades
jrhoades@thematthewslawfirm.com
Matthews and Associates
2509 Sackett Street
Houston, Texas 77098
Telephone: 713-522-5250
Facsimile: 713-535-7184

Exhibit C

List of Defendants' Counsel

Scott P. Stolley
Texas Bar No. 19284350
Email: sstolley@cplalaw.com
Kartik R. Singapura
Texas Bar No. 24083863
Email: ksingapura@cplalaw.com
Cherry Petersen Landry Albert LLP
8350 North Central Expressway,
Suite 1500
Dallas, Texas  75206
 (214) 265-7007 Telephone
 (214) 265-7008 Facsimile

Exhibit D

Counsel for Defendants has today removed the following three cases to the United States District Court for the Northern District of Texas, Dallas Division: (1) *Adams, et al. v. Johnson & Johnson, et al.*, No. DC-16-02524, pending in the 68th District Court of Dallas County; (2) *Murillo, et al. v. Johnson & Johnson, et al.*, No. DC-16-02528, pending in the 68th District Court of Dallas County; and (3) *Ortiz, et al. v. Johnson & Johnson, et al.*, No. DC-16-02500, pending in the 116th District Court of Dallas County. Although these cases do not appear to fit the definition of "related cases," counsel for Defendants respectfully submit that the issues of personal jurisdiction, subject-matter jurisdiction, and removal jurisdiction raised by Defendants' Notices of Removal and Motions to Dismiss are identical in these three cases.